UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| JAMES LENNANE, an Individual, and JC PRODUCE, LLC, a California limited liability company,<br><br>Plaintiffs,<br><br>vs.<br><br>AMERICAN ZURICH INSURANCE COMPANY, an Illinois corporation; and DOES 1 through 30, inclusive,<br><br>Defendants. | CASE NO. 2:13-CV-02311-JAM-AC<br><br>**ORDER GRANTING MOTION FOR SUMMARY JUDGMENT OF DEFENDANT ZURICH AMERICAN INSURANCE COMPANY** |

On July 29, 2015, the Motion for Summary Judgment of Defendant Zurich American Insurance Company ("Zurich") came on regularly for a hearing, the Honorable John A. Mendez presiding. After considering all the pleadings, evidence, objections, and oral argument offered, the Court grants the motion in its entirety in favor of defendant Zurich and against plaintiffs James Lennane and JC Produce, LLC, for the factual and legal reasons set forth by the Court on the record at the time of the hearing.

IT IS HEREBY ORDERED, ADJUDGED AND DECREED THAT:

1. Plaintiffs' opposition brief to Zurich's motion was filed late. The Court, however, will consider the brief on the merits. In light of the late filing, plaintiffs' counsel is not entitled to

be heard in opposition to the motion at oral argument in accordance with Local Rule 230(c), but is permitted to answer questions presented by the Court.

2. Zurich's notice of motion is not defective. The Court, therefore, rejects plaintiffs' argument that the motion should be denied because of defects in the notice.

3. Zurich's evidentiary objections are premature and, therefore, overruled.

4. Summary judgment is granted on plaintiff James Lennane remaining claims for (a) breach of contract, (b) breach of the implied covenant of good faith and fair dealing, (c) unfair business practices, and (d) conversion. Mr. Lennane is neither a party nor a beneficiary under the Zurich insurance policy at issue in this matter and, therefore, lacks standing to maintain an action against Zurich.

5. Summary judgment is granted on plaintiffs' claim for breach of the implied covenant of good faith and fair dealing. Zurich's purported negligence in the handling of the Hugo Arreola claim is insufficient to constitute unreasonable behavior for the purpose of establishing a breach of the implied covenant of good faith and fair dealing.

6. Summary judgment is granted on plaintiffs' punitive damages claim. Plaintiffs failed to present clear and convincing evidence of conduct by Zurich constituting malice oppression or fraud in connection with its handling of the Arreola claim or that any such conduct was ratified by a corporate officer, director or managing agent of Zurich.

Dated: 8/4/2015

/s/ John A. Mendez_____
The Honorable John A. Mendez
United States District Court Judge

[PROPOSED] ORDER GRANTING MOTION FOR SUMMARY JUDGMENT
OF DEFENDANT ZURICH AMERICAN INSURANCE COMPANY